# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROONEY & ROONEY, P.A.,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** not in its individual capacity but solely as trustee for the RMAC trust, series 2016-CTT,
Appellee.

No. 4D18-1540

[January 17, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562017CA000007.

D. John Rhodeback of Rooney & Rooney, P.A., Vero Beach, for appellant.

Richard S. McIver, H. Michael Muñiz of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***